UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

DOLORES MCNAMARA,                    :

                Plaintiff,   :   12 Civ. 2559 (HBP)

  -against-                          :   OPINION
                                                AND ORDER
THE ASSOCIATED PRESS,                :

                Defendant.   :

-----------------------------------X

       PITMAN, United States Magistrate Judge:

       On August 21, 2014, I issued an Opinion and Order in this matter granting defendant's motion for summary judgment and dismissing the complaint to the extent it asserted claims under the Fair Labor Standards Act.[1] Because the record was ambiguous as to whether plaintiff was asserting claims under the Age Discrimination in Employment Act ("ADEA") and the New York State Human Rights Law ("NYSHRL"), I afforded plaintiff the benefit of the doubt and construed the complaint as also asserting claims under these statutes. My Opinion and Order also identified fatal flaws in the complaint concerning claims under ADEA and the NYSHRL and directed plaintiff to show cause by September 20, 2014 why summary judgment should not be granted dismissing the com-

---

[1] The parties have consented to my exercising plenary jurisdiction in this matter pursuant to 28 U.S.C. 636(c).

plaint to the extent it asserts claims under these two statutes. I subsequently granted plaintiff's request to extend her time to respond to my Order to show cause to December 1, 2014.

Plaintiff has not made any submission to me showing cause why summary judgment should not be granted dismissing the complaint to the extent it asserts claims under the ADEA or the NYSHRL, nor has she contacted my chambers in any way.

Accordingly, for the reasons identified in my Opinion and Order dated August 21, 2014, summary judgment is granted dismissing the complaint to the extent it asserts claims under the ADEA and the NYSHRL. Because this Order resolves all remaining claims in this matter, the Clerk of the Court is directed to mark this matter closed.

Dated: New York, New York
       January 13, 2015

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies mailed to:

Ms. Dolores McNamara
Apt. 1R
110 Morris Street
Jersey City, New Jersey  07302

Joseph B. Cartafalsa, Esq.
Putney Twombly Hall & Hirson LLP
521 Fifth Ave.
New York, New York  10175